# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LISA COBB,<br><br>              Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>              Defendant. | CV 15-104-BLG-CSO<br><br>**ORDER OF DISMISSAL** |

Upon stipulation of the parties for dismissal with prejudice (Doc. 36), IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE as fully settled on the merits, each party to bear its own attorney's fees and costs.

DATED this 27th day of March, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge